Ted A. Troutman
Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax
OSB #844470
tedtroutman@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 19-31320-pcm13 |
| MICHAEL KENNAN DAVISON & NOKE DAVISON, | **MOTION TO SHORTEN OBJECTION PERIOD FROM 21 DAYS TO 10 DAYS** |
| Debtors. | |

The above referenced Debtors, by and through their attorney, Ted A. Troutman, hereby move the Court to shorten the objection period on Debtors' Motion to Obtain Credit (local bankruptcy form 541) ("Motion to Obtain"), from 21 days to 10 days. Attached as Exhibit A is the proposed Motion to Obtain.

Debtors currently have a loan pending with the SBA for a EIDL loan of $600,000.

This motion to shorten the objection period to 10 days is needed because debtors are in dire need of the funds to purchase inventory prior to April 1, 2022. Debtors have an agreement that will expire after March 31, 2022 unless the inventory is purchased prior to April 1, 2022.

If the loan is not approved and funded prior to March 30, 2022 Debtors may be out of business.

Dated this 7th day of March, 2022.

Presented By:

*/s/ Ted A. Troutman*

_____

Ted A. Troutman, OSB#844470
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Case No. _____
  Amended

**Notice of Final Hearing on Motion [*Check One*]**

**For Use of Cash Collateral**

Debtor(s)

**To Obtain Credit**

YOU ARE NOTIFIED THAT:

1.  The undersigned moving party, _____,
    filed a Motion ☐ For Use of Cash Collateral ☐ To Obtain Credit (check one). The
    motion is attached and includes the statement required by Local Bankruptcy Form
    (LBF) 541.5, Procedures re: Motions for Use of Cash Collateral or to Obtain Credit.

2.  The name and service address of the moving party's attorney (or moving party, if no
    attorney) are: _____
    _____

3.  A final hearing on the motion, at which testimony will be received if offered and
    admissible, will be held as follows:

    **Date:** _____  **Time:** _____

    **Location**:

    Courtroom #_____, _____

    Telephone Hearing [*See LBF 888, Telephone Hearing Requirements*.]

    **Call In Number:** (888) 684-8852

    **Access Code:**   5870400 for Judge David W. Hercher (dwh)

                      1238244 for Judge Peter C. McKittrick (pcm)

                      4950985 for Judge Teresa H. Pearson (thp)

                      3388495 for Judge Thomas M. Renn (tmr)

    Video Hearing. To connect, see www.orb.uscourts.gov/video-hearings.

**541 (10/4/2021)**  Page 1 of 2

4.  If you wish to object to the motion, you must, within 14 days of the service date shown in paragraph 5 below, file with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401: (1) a written response which states the facts upon which you will rely, and (2) a certificate showing the response has been served on the U.S. Trustee and the attorney or party named in paragraph 2 above.

5.  I certify that on _____ this notice and the motion were served pursuant to Federal Rule of Bankruptcy Procedure (FRBP) 7004 on the debtor(s), any debtor's attorney, any trustee, any trustee's attorney, members of any committee appointed under 11 U.S.C. § 1102 or elected pursuant to 11 U.S.C. § 705 or its authorized agent (or, if no committee in a chapter 11 case, on all creditors listed on the list filed pursuant to FRBP 1007(d)), any creditors' committee attorney, the U.S. Trustee, and all entities with any interest in the cash collateral subject to this motion, whose names and addresses used for service are as follows:

_____

Signature of Moving Party or Attorney        OSB#

_____

(If debtor is movant) Debtor's Address & Last 4 Digits of Taxpayer ID#

_____

**541 (10/4/2021)**             Page 2 of 2

Ted A. Troutman
Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax
OSB #844470
tedtroutman@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 19-31320-pcm13 |
| MICHAEL KENNAN DAVISON & NOKE DAVISON, | **MOTION TO OBTAIN CREDIT** (Expedited Hearing Requested) (Shortened Deadline to Object) |
| Debtors. | |

     Debtors, Michael & Noke Davison, by and through their attorney, Ted A. Troutman, hereby moves (this "Motion") for entry of a Final Order, substantially in the form attached hereto as Exhibit 1 (the "Final Order"), authorizing the Debtors to obtain post-petition financing as set forth in the Final Order. In support of their Motion, the Debtors respectfully state as follows:

## **INTRODUCTION**

    Debtors have had losses from the business in 2020 and 2021 because of the pandemic. The 2020 & 2021 Profit and Loss Statements are attached hereto as Exhibits 1 and Exhibit 2 and by reference made a part hereof showing a loss in 2020 of $117,812.40 and a loss in 2021 of $53,179.84. Debtors believe and are prepared to testify that if this Motion is granted it will be able to return to prior profitability.

**1 |** P a g e  M o t i o n  t o  O b t a i n  C r e d i t

Debtors have been in operation since 1997 and have been a profitable company during most of that time up until the COVID-19 pandemic. Debtors designs and sells imported towels and linens mostly to the hotel industry. Debtors are known for their expertise in this area throughout the United States.

Debtor, Michael Davison, would testify that there is a tremendous amount of interest in debtors' products and design expertise and that the company will be able to return to profitability.

## **RELIEF REQUESTED**

Debtors seek entry of an Order, authorizing (*inter alia*) its entry into a loan with Small Business Administration ("SBA") on the approximate terms attached hereto as Exhibit 3 and by reference made a part hereof. The payment after 24 months will be approximately $3,103.10 per month

Under the Order, the Debtors would be authorized to borrow $600,000 from the SBA secured by all assets of the business. None of the prohibited provisions set forth in LBF 541.5 are in the standard SBA loan.

## **GROUNDS FOR RELIEF**

The relief sought is supported by section 364 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

Under Bankruptcy Code §364 and Bankruptcy Rule 4001, the loans may be approved upon showing that the following factors are present:

**2** | P a g e  M o t i o n  t o  O b t a i n  C r e d i t

- The proposed financing is an exercise of the Debtor's sound and reasonable business judgment;

- The financing agreement was negotiated in good faith and at arm's length and no alternative financing is available on equal or better terms;

- The financing is necessary, essential, and appropriate for the continued operation of the Debtor's business and/or the preservation of its estate and is in the best interests of the estate and its creditors.

*See, e.g., In re Farmland Indus., Inc.,* 294 B.R. 855, 879-81 (Bankr. W.D. Mo. 2003). Here, each of these three factors is present.

First, entry into loans is an exercise of the Debtors' sound and reasonable business judgment. Courts presume that debtors make financing decisions "on an informed basis, in good faith, and in the honest belief that the action taken was in the best interest of the company," *In re Los Angeles Dodgers LLC,* 457 B.R. 308, 313 (Bankr. D. Del. 2011), and will not "second-guess a business decision, so long as corporate management exercised a minimum level of care in arriving of the decision," *id.,* 457 B.R. at 313.

Debtors have attempted to obtain other financing but to no avail. Without this funding Debtors may be out of business. The loan will not become due until the first 60 months of Debtors Plan is done and will aid Debtors in completing the Plan.

The agreement was negotiated in good faith and at arm's length and no alterative financing is available on equal or better terms. In demonstrating the presence of this factor, a debtor need only demonstrate that it made a "reasonable effort" to obtain alternative

---

**3** | P a g e  M o t i o n  t o  O b t a i n  C r e d i t

Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax

financing. *In re Ames Dep't Stores, Inc.*, 115 B.R. 34, 40 (Bankr. S.D.N.Y. 1990); *see also In re Reading Tube Indus.*, 72 B.R. 329, 332 (Bankr. E.D. Pa. 1987)("Given the 'time is of the essence' nature of this type of financing, we would not require this or any debtor to contact a seemingly infinite number of possible lenders."). Debtors have contacted at least two (2) banks to inquire about obtaining financing. None have advised Debtor that they were in a position to lend Debtor any funds.

Third, the terms of loan is necessary, essential, and appropriate for the continued operation of the Debtors' business and/or the preservation of its estate and are in the best interests of the estate and its creditors. This factor is satisfied where, for example, "[w]ithout the continued financings, the Debtor would likely be forced into a Chapter 7 or 11 liquidation, to the detriment of all creditors," *Farmland Indus.*, 294 B.R. at 885, and the proposed financing "was not principally for the benefit of a pre-petition creditor to the detriment of other parties in interest," *Ames Dep't Stores*, 115 B.R. at 40.

Here Debtors will be forced to liquidate if the loan is not approved. Debtors need the funds to fund inventory. Now that COVID restrictions are being lifted Debtors expect the travel industry to return to pre-pandemic levels.

Furthermore, given the foregoing, the Debtors submit that grounds exist to grant the expedited relief hereby requested on an expedited basis under Bankruptcy Rules 4001, 6003, and 6004.

Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax

## **NOTICE**

Notice of the Debtors' requested relief has been provided to all parties entitled thereto under Bankruptcy Rule 2002 as well as to all creditors and special notice representation.

## **ORDER**

WHEREFORE, the Debtor respectfully requests that the Court enter the Order and grant the Debtors such other and further relief as is just and equitable. A proposed Order is attached as Exhibit 4.

Dated this 7th day of March, 2022.

Presented By:

*/s/ Ted A. Troutman*

_____

Ted A. Troutman, OSB#844470
Attorney for Debtors

Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax

SEVENFOLD HOME
Income Statement
For the Twelve Months Ending December 31, 2020

"Exhibit 1 Page 1 of 2"

| | Current Month | | Year to Date | |
|---|---|---|---|---|
| **Revenues** | | | | |
| Wholesale Sales | $ 120,258.27 | 54.63 | $ 120,258.27 | 54.63 |
| Website Sales | 36,079.04 | 16.39 | 36,079.04 | 16.39 |
| Amazon Sales | 35,623.24 | 16.18 | 35,623.24 | 16.18 |
| Faire Sales | 963.87 | 0.44 | 963.87 | 0.44 |
| Interest Income | 0.10 | 0.00 | 0.10 | 0.00 |
| Other Income | 36,100.00 | 16.40 | 36,100.00 | 16.40 |
| Shipping Charges Reimbursed | 1,648.18 | 0.75 | 1,648.18 | 0.75 |
| Sales Discounts | (10,543.95) | (4.79) | (10,543.95) | (4.79) |
| | | | | |
| Total Revenues | 220,128.75 | 100.00 | 220,128.75 | 100.00 |
| | | | | |
| | | | | |
| **Cost of Sales** | | | | |
| Cost of Sales-Merchandise | 51,152.48 | 23.24 | 51,152.48 | 23.24 |
| Cost of Sales - Amazon | 6,755.36 | 3.07 | 6,755.36 | 3.07 |
| Cost of Sales-Tariffs | 7,214.06 | 3.28 | 7,214.06 | 3.28 |
| Cost of Sales-Brokers Fees | 14,565.00 | 6.62 | 14,565.00 | 6.62 |
| Cost of Sales-Wrhs Non-Storage | 5,672.50 | 2.58 | 5,672.50 | 2.58 |
| Cost of Sales-Wrhs Storage | 3,559.50 | 1.62 | 3,559.50 | 1.62 |
| Cost of Sales-Port Fees | 759.00 | 0.34 | 759.00 | 0.34 |
| Cost of Sales-Freight,Ocean | 8,234.00 | 3.74 | 8,234.00 | 3.74 |
| Cost of Sales-Freight,Air | 600.00 | 0.27 | 600.00 | 0.27 |
| Cost of Sales-Freight,Delivery | 9,882.37 | 4.49 | 9,882.37 | 4.49 |
| Cost of Sales-Insurance | 1,615.28 | 0.73 | 1,615.28 | 0.73 |
| Cost of Sales-Handling Charges | 450.00 | 0.20 | 450.00 | 0.20 |
| Cost of Sales-Packaging | 9,095.07 | 4.13 | 9,095.07 | 4.13 |
| | | | | |
| Total Cost of Sales | 119,554.62 | 54.31 | 119,554.62 | 54.31 |
| | | | | |
| Gross Profit | 100,574.13 | 45.69 | 100,574.13 | 45.69 |
| | | | | |
| **Expenses** | | | | |
| Marketing Expense | 2,201.44 | 1.00 | 2,201.44 | 1.00 |
| Amazon Expense | 21,893.59 | 9.95 | 21,893.59 | 9.95 |
| Auto Expenses | 1,686.97 | 0.77 | 1,686.97 | 0.77 |
| Bank Charges | 471.90 | 0.21 | 471.90 | 0.21 |
| Charitable Contributions Exp | 500.37 | 0.23 | 500.37 | 0.23 |
| Commissions and Fees Exp | 459.12 | 0.21 | 459.12 | 0.21 |
| Fashions Commission | 3,714.46 | 1.69 | 3,714.46 | 1.69 |
| Courier & Postage Exp | 2,500.09 | 1.14 | 2,500.09 | 1.14 |
| Health Premiums | 14,415.36 | 6.55 | 14,415.36 | 6.55 |
| Employer 401 (k) Match | 500.00 | 0.23 | 500.00 | 0.23 |
| Insurance Expense | 7,492.17 | 3.40 | 7,492.17 | 3.40 |
| Interest Expense | 1,050.00 | 0.48 | 1,050.00 | 0.48 |
| Legal and Professional Expense | 32,946.68 | 14.97 | 32,946.68 | 14.97 |
| Licenses Expense | 150.00 | 0.07 | 150.00 | 0.07 |
| Repairs and Maintenance | 475.94 | 0.22 | 475.94 | 0.22 |
| Landscaping | 51.96 | 0.02 | 51.96 | 0.02 |
| Meals and Entertainment Exp | 307.74 | 0.14 | 307.74 | 0.14 |
| Office Supplies | 1,800.11 | 0.82 | 1,800.11 | 0.82 |
| Office Refreshments | 34.13 | 0.02 | 34.13 | 0.02 |
| Payroll Tax Expense | 7,187.96 | 3.27 | 7,187.96 | 3.27 |
| Technical Support | 5,875.00 | 2.67 | 5,875.00 | 2.67 |
| SAAS | 1,490.91 | 0.68 | 1,490.91 | 0.68 |
| Software & Expendible Equip | 99.99 | 0.05 | 99.99 | 0.05 |
| Business Communications | 5,328.87 | 2.42 | 5,328.87 | 2.42 |
| Security & Monitoring | 560.17 | 0.25 | 560.17 | 0.25 |
| Salary Expense | 60,000.00 | 27.26 | 60,000.00 | 27.26 |
| Wages Expense | 20,201.25 | 9.18 | 20,201.25 | 9.18 |
| Utilities Expense | 5,925.31 | 2.69 | 5,925.31 | 2.69 |

SEVENFOLD HOME
Income Statement
For the Twelve Months Ending December 31, 2020

"Exhibit 1 Page 2 of 2"

| | Current Month | | Year to Date | |
|---|---|---|---|---|
| Travel - Meals | 665.76 | 0.30 | 665.76 | 0.30 |
| Travel - Lodging | 224.04 | 0.10 | 224.04 | 0.10 |
| Travel - Incidentals | 918.52 | 0.42 | 918.52 | 0.42 |
| Travel - Airfares | 4,105.36 | 1.86 | 4,105.36 | 1.86 |
| Travel - Car Rental/Taxi/Uber | 222.49 | 0.10 | 222.49 | 0.10 |
| Other Expense | 400.00 | 0.18 | 400.00 | 0.18 |
| Chapter 13 Payments | 12,528.87 | 5.69 | 12,528.87 | 5.69 |
| Total Expenses | 218,386.53 | 99.21 | 218,386.53 | 99.21 |
| Net Income | $ (117,812.40) | (53.52) | $ (117,812.40) | (53.52) |

## SEVENFOLD HOME
### Income Statement
### For the Twelve Months Ending December 31, 2021

"Exhibit 2 Page 1 of 2"

| | Current Month | | Year to Date | |
|---|---|---|---|---|
| **Revenues** | | | | |
| Wholesale Sales | $ 100,077.49 | 61.29 | $ 100,077.49 | 61.29 |
| Website Sales | 10,552.48 | 6.46 | 10,552.48 | 6.46 |
| Amazon Sales | 12,802.80 | 7.84 | 12,802.80 | 7.84 |
| Faire Sales | 33,648.22 | 20.61 | 33,648.22 | 20.61 |
| Other Income | 4,361.00 | 2.67 | 4,361.00 | 2.67 |
| Shipping Charges Reimbursed | 2,298.38 | 1.41 | 2,298.38 | 1.41 |
| Sales Discounts | (450.05) | (0.28) | (450.05) | (0.28) |
| **Total Revenues** | 163,290.32 | 100.00 | 163,290.32 | 100.00 |
| | | | | |
| **Cost of Sales** | | | | |
| Cost of Sales-Merchandise | 42,947.82 | 26.30 | 42,947.82 | 26.30 |
| Cost of Sales-Tariffs | 5,123.84 | 3.14 | 5,123.84 | 3.14 |
| Cost of Sales-Brokers Fees | 350.00 | 0.21 | 350.00 | 0.21 |
| Cost of Sales-Wrhs Non-Storage | 6,252.35 | 3.83 | 6,252.35 | 3.83 |
| Cost of Sales-Wrhs Storage | 10,715.44 | 6.56 | 10,715.44 | 6.56 |
| Cost of Sales-Port Fees | 795.46 | 0.49 | 795.46 | 0.49 |
| Cost of Sales-Freight,Ocean | 2,620.75 | 1.60 | 2,620.75 | 1.60 |
| Cost of Sales-Freight,Delivery | 13,531.70 | 8.29 | 13,531.70 | 8.29 |
| Cost of Sales-Insurance | 1,540.80 | 0.94 | 1,540.80 | 0.94 |
| Cost of Sales-Customs Exams | 28.04 | 0.02 | 28.04 | 0.02 |
| Cost of Sales-Handling Charges | 600.00 | 0.37 | 600.00 | 0.37 |
| Cost of Sales-Other | 1,660.12 | 1.02 | 1,660.12 | 1.02 |
| Cost of Sales-Packaging | 629.78 | 0.39 | 629.78 | 0.39 |
| **Total Cost of Sales** | 86,796.10 | 53.15 | 86,796.10 | 53.15 |
| **Gross Profit** | 76,494.22 | 46.85 | 76,494.22 | 46.85 |
| | | | | |
| **Expenses** | | | | |
| Marketing Expense | 1,191.99 | 0.73 | 1,191.99 | 0.73 |
| Amazon Expense | 4,619.92 | 2.83 | 4,619.92 | 2.83 |
| Auto Expenses | 1,226.98 | 0.75 | 1,226.98 | 0.75 |
| Bank Charges | 307.65 | 0.19 | 307.65 | 0.19 |
| Veem Fees | 80.00 | 0.05 | 80.00 | 0.05 |
| Commissions and Fees Exp | 150.00 | 0.09 | 150.00 | 0.09 |
| Courier & Postage Exp | 1,734.62 | 1.06 | 1,734.62 | 1.06 |
| Health Premiums | 9,108.22 | 5.58 | 9,108.22 | 5.58 |
| Insurance Expense | 5,724.78 | 3.51 | 5,724.78 | 3.51 |
| Interest Expense | 1,335.00 | 0.82 | 1,335.00 | 0.82 |
| Legal and Professional Expense | 17,209.48 | 10.54 | 17,209.48 | 10.54 |
| Licenses Expense | 150.00 | 0.09 | 150.00 | 0.09 |
| Repairs and Maintenance | 356.00 | 0.22 | 356.00 | 0.22 |
| Meals and Entertainment Exp | 52.00 | 0.03 | 52.00 | 0.03 |
| Office Supplies | 1,063.25 | 0.65 | 1,063.25 | 0.65 |
| Payroll Tax Expense | 4,718.30 | 2.89 | 4,718.30 | 2.89 |
| Technical Support | 4,175.00 | 2.56 | 4,175.00 | 2.56 |
| SAAS | 3,044.63 | 1.86 | 3,044.63 | 1.86 |
| Software & Expendible Equip | 99.99 | 0.06 | 99.99 | 0.06 |
| Business Communications | 5,748.32 | 3.52 | 5,748.32 | 3.52 |
| Security & Monitoring | 562.48 | 0.34 | 562.48 | 0.34 |
| Salary Expense | 17,300.00 | 10.59 | 17,300.00 | 10.59 |
| Wages Expense | 38,536.25 | 23.60 | 38,536.25 | 23.60 |
| Utilities Expense | 5,279.76 | 3.23 | 5,279.76 | 3.23 |
| Travel - Meals | 44.85 | 0.03 | 44.85 | 0.03 |
| Travel - Incidentals | 118.71 | 0.07 | 118.71 | 0.07 |
| Chapter 13 Payments | 5,735.88 | 3.51 | 5,735.88 | 3.51 |
| **Total Expenses** | 129,674.06 | 79.41 | 129,674.06 | 79.41 |

For Management Purposes Only

### SEVENFOLD HOME
#### Income Statement
For the Twelve Months Ending December 31, 2021

"Exhibit 2 Page 2 of 2"

| | | Current Month | | | Year to Date | |
|---|---|---|---|---|---|---|
| Net Income | $ | (53,179.84) | (32.57) | $ | (53,179.84) | (32.57) |

Management Purposes Only

| | |
|---|---|
| **Product** | Loan directly from SBA that must be repaid; low-interest, fixed-rate, long-term loan to help overcome the effects of the pandemic by providing working capital to meet operating expenses |
| **Uses of Proceeds** | Working capital to make regular payments for operating expenses, including payroll, rent/mortgage, utilities, and other ordinary business expenses, and to pay business debt incurred at any time (past, present, or future) |
| **Maximum Loan Amount** | $2 million. **Note:** SBA will begin approving loans greater than $500,000 on October 8, 2021. |
| **Loan Term** | 30 years |
| **Interest Rate** | Businesses: 3.75% fixed<br>Private nonprofit organizations: 2.75% fixed |
| **Payment Deferment** | Payments are deferred for the first 2 years (during which interest will accrue), and payments of principal and interest are made over the remaining 28 years. No penalty for prepayment. |

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No.  19-31320-pcm13 |
| MICHAEL KENNAN DAVISON & NOKE DAVISON, | **FINAL ORDER AUTHORIZING DEBTORS TO OBTAIN CREDIT** |
| Debtors. | |

This matter came before the Court on the Debtor's Motion to Obtain Credit. The Court having considered the argument of counsel and the Motion and testimony and being fully informed the Court finds as follows:

A.      On April 12, 2019 (the "**Petition Date**"), the Debtors filed a voluntary petition in this Court for relief under Bankruptcy Code Chapter 13;

Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax
tedtroutman@sbcglobal.net

B.        The Court has jurisdiction over the Case and the Motion under 28 U.S.C. §§157(b) and 1334, this matter is a core proceeding under 28 U.S.C. §157(b)(2), venue is proper under 28 U.S.C. §1408 and 1409, and the Court has authority to enter this Final Order consistent with Article III of the United States Constitution;

C.        An immediate and ongoing need exists for the Debtor to obtain post-petition financing in the amount of $600,000 to help them reorganize under Bankruptcy Code Chapter 13, and the Debtors do not otherwise have sufficient funds available to pay its ongoing Plan payments and fund their business;

D.        The Debtors are unable to obtain unsecured credit under Bankruptcy Code §503 or other post-petition financing in the amount of the proposed SBA loan on terms more favorable than those provided by the SBA;

E.        Sufficient and adequate notice of the Motion and entry of this Final Order has given under Bankruptcy Code §364 and Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") 2002 and 4001, such that no other or further notice of the Motion or entry of this Final Order is needed;

F.        The terms of the Loan, as set forth in the attached Exhibit 1 are the standard terms for an SBA EIDL loan. The intent rate will be 3.75%, the loan will be a 30 year loan payable monthly starting in 24 months with monthly payments of approximately $3,103.10 for 336 consecutive months;

Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax
tedtroutman@sbcglobal.net

G.  The terms of the Loan, as set forth in the Loan summary ("Exhibit 1"), are fair and reasonable and reflect the Debtors' exercise of their prudent business judgment; and

H.  Entry of this Final Order is in the best interest of the Debtors estate and its various stakeholders because it will, *inter alia*, allow the Debtors to reorganize under Bankruptcy Code Chapter 13.

**WHEREFORE, IT IS HEREBY ORDERED:**

1.  The execution and delivery of the SBA EIDL Loan Agreement and all other documents by the Debtors are authorized and approved, and the Debtors are authorized and empowered to execute and deliver to the SBA all other documents and instruments necessary or desirable to consummate the transactions contemplated thereby, take all other actions necessary or desirable to carry out the intent and purpose of the SBA Loan Documents, and otherwise comply with the SBA Loan Documents and all requests of the lender thereunder.

2.  The Debtors are authorized to borrow up to $600,000 from the SBA.

3.  All interest, fees, and expenses contemplated by the Loan Documents are authorized to be incurred by the without application to or further order by the Court.

4.  The Lender holds security interests in and liens on all Debtors Collateral, which the Debtors have (to the extent of its right, title, and interest therein) assigned and conveyed as security, hypothecated, mortgaged, pledged, and set over and unto the Lender, and which have been automatically perfected

Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax
tedtroutman@sbcglobal.net

notwithstanding any notice or recordation requirements of non-bankruptcy law

(collectively, the "**Liens**").

# # #

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Presented By:

March 7, 2022           /s/ Ted A. Troutman
Date                    Ted A. Troutman, OSB#844470
                      Attorney for Debtors

Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax
tedtroutman@sbcglobal.net

| | |
|---|---|
| **Product** | Loan directly from SBA that must be repaid; low-interest, fixed-rate, long-term loan to help overcome the effects of the pandemic by providing working capital to meet operating expenses |
| **Uses of Proceeds** | Working capital to make regular payments for operating expenses, including payroll, rent/mortgage, utilities, and other ordinary business expenses, and to pay business debt incurred at any time (past, present, or future) |
| **Maximum Loan Amount** | $2 million. **Note:** SBA will begin approving loans greater than $500,000 on October 8, 2021. |
| **Loan Term** | 30 years |
| **Interest Rate** | Businesses: 3.75% fixed<br>Private nonprofit organizations: 2.75% fixed |
| **Payment Deferment** | Payments are deferred for the first 2 years (during which interest will accrue), and payments of principal and interest are made over the remaining 28 years. No penalty for prepayment. |

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:

MICHAEL KENNAN DAVISON &
NOKE DAVISON,

                              Debtor(s).

Case No.  19-31320-dwh13

**CERTIFICATE OF SERVICE**

I, Lisette Barajas, Declare as follow:

I certify that on **March 7, 2022**, I served, by **first class mail**, a full and true copy of the attached **Motion to Shorten Objection Period from 21 Days to 10 Days and Certificate of Service** on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

**See Attached "Mailing Matrix"**

Dated: <u>**March 7, 2022**</u>

<u>/s/ Lisette Barajas</u>
**Lisette Barajas, Legal Assistant to
Ted A. Troutman**

---

Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax

Washington County Tax Collector
155 N 1st Ave #130
Hillsboro, OR 97124

Internal Revenue Service
Centralized Insolvency Solutions
PO Box 7346
Philadelphia, PA 19101

KeyBank N.A.
4910 Tiedeman Rd.
Brooklyn, OH 44144

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

U.S. Bank National Association
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix AZ 85038-8650

Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

U.S. Bank National Association
Bankruptcy Department
PO Box 5229
Cincinnati, Ohio 45201-5229

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Pac-Fung Home Textiles He Shan Co. Ltd.
Brown & Joseph, LLC c/o Don Leviton
PO Box 59838
Schaumburg, IL 60159

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Portfolio Recovery Associates, LLC
c/o Care Credit
POB 41067
Norfolk VA 23541

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Saharoj Textiles Co., Tt
145,147 Soi Sukhmvit 62/1, Sukhumvit Rd
Bangchak, Prakanong, Bangkok 10260
Thailand

Saharoj Textile (1991) Co. LTD
144, 144/1-6 M.8
Naiklongbangplakod Phrasam
Uthjedi Samutprakarn 10290

ODR Bkcy
955 Center St NE
Salem OR 97301-2555

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Michael & Noke Davison
1355 SW 84th Ave.
Portland OR 97225